UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OKSANA B., ALEXANDER B., and A.B., , <br><br> Plaintiff, <br><br> v. <br><br> PREMERA BLUE CROSS, and the TABLEAU SOFTWARE INC EMPLOYEE BENEFIT PLAN and SALESFORCE.COM HEALTH AND WELFARE PLAN, <br><br> Defendant. | CASE NO. 2:22-cv-1517 <br><br> ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME |

This matter is before the Court on the Parties' Joint Request for Extension of Time for Defendants to file a response to the Complaint. (Dkt. No. 10.) Having read the request and reviewed the Docket, the Court GRANTS the Parties' request. Pursuant to the stipulation, Defendants shall file their responsive pleadings to the Complaint by January 27, 2023.

IT IS SO ORDERED.

//

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated January 3, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge