UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSKANA B., ALEXANDER B., and A.B., <br><br>  Plaintiffs, <br><br> v. <br><br> PREMERA BLUE CROSS, and the TABLEAU SOFTWARE, INC EMPLOYEE BENEFIT PLAN and SALESFORCE.COM HEALTH AND WELFARE PLAN, <br><br>  Defendants. | CASE NO. 2:22-cv-01517 <br><br> ORDER EXTENDING DEADLINE TO COMPLETE SERVICE OF COMPLAINT |

This matter is before the Court on Plaintiffs' and Defendant Premera Blue Cross's stipulated motion to extend the deadline to complete service of the complaint (Dkt. No. 12). The Parties request a month extension to complete service on the remaining Defendants. Having reviewed the Motion, the docket, and all relevant material, the Court GRANTS the Parties' request.

1     It is hereby ORDERED that Plaintiff's deadline to complete service of the Complaint is
2 extended from January 23, 2023, to February 23, 2023.
3     The clerk is ordered to provide copies of this order to all counsel.
4 Dated January 24, 2023.

5

6                                 Marsha J. Pechman
                                  United States Senior District Judge