|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| OKSANA B., ALEXANDER B., and A.B., | CASE NO. 2:22-cv-1517 MJP |
|---|---|
| Plaintiffs, | ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER |
| v. |   |
| PREMERA BLUE CROSS, and the TABLEAU SOFTWARE, INC. EMPLOYEE BENEFIT PLAN and SALESFORCE.COM HEALTH AND WELFARE PLAN, |   |
| Defendants. |   |

This matter is before the Court on Plaintiffs' UNOPPOSED MOTION TO AMEND THE ORDER SETTING TRIAL DATE AND RELATED DATES (ECF 17). Having reviewed the Motion, the docket, and all relevant material, the Court GRANTS the Plaintiffs' request.

- Discovery shall be completed by          August 4, 2023.
- All remaining deadlines are to remain the same.

//

//

ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER - 1

1   The clerk is ordered to provide copies of this order to all counsel.

2

3   Dated July 19, 2023.

4   *[signature]*

5   Marsha J. Pechman
    United States Senior District Judge