UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OKSANA B., ALEXANDER B., and A.B., <br><br> Plaintiffs, <br><br> v. <br><br> PREMERA BLUE CROSS, the TABLEAU SOFTWARE, INC. EMPLOYEE BENEFIT PLAN and SALESFORCE.COM HEALTH AND WELFARE PLAN, <br><br> Defendants. | CASE NO. 22-cv-1517 MJP <br><br> ORDER GRANTING MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE |

This matter comes before the Court on the parties' stipulated Motion to Extend the Deadline to File Dispositive Motions. (Dkt. No. 20.) Having reviewed the Motion, the Court GRANTS the parties' request.

It is ORDERED that the deadline to file dispositive motions is moved from August 14, 2023, to August 28, 2023.

//

ORDER GRANTING MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE - 1

1      The clerk is ordered to provide copies of this order to all counsel.

2      Dated August 15, 2023.

                                        Marsha J. Pechman
                                        United States Senior District Judge