UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OKSANA B., ALEXANDER B., and A.B.,<br><br>Plaintiffs,<br><br>v.<br><br>PREMERA BLUE CROSS, and the TABLEAU SOFTWARE, INC EMPLOYEE BENEFIT PLAN and SALESFORCE.COM HEALTH AND WELFARE PLAN,<br><br>Defendants. | CASE NO. 2:22-cv-1517 MJP<br><br>ORDER GRANTING EXTENSION OF TIME AS TO MSJ RESPONSE AND REPLY PLEADINGS |

The parties, through their undersigned counsel, have filed a stipulated motion to extend the deadline for the parties to file their respective response and reply memoranda involving the dispositive motions filed in this case. Having reviewed the motion, the Court GRANTS the motion.

It is ORDERED that:

- The deadline for the parties to file their respective responses to the dispositive motions, ECF dkt. nos. 22 and 23, is extended from September 18, 2023, to September 25, 2023.
- The deadline for the parties' respective reply memoranda is moved to October 9, 2023.

The clerk is ordered to provide copies of this order to all counsel.

Dated September 18, 2023.

Marsha J. Pechman
United States Senior District Judge