The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OKSANA B., ALEXANDER B., and A.B.,<br><br>Plaintiffs,<br><br>vs.<br><br>PREMERA BLUE CROSS, and the TABLEAU SOFTWARE, INC EMPLOYEE BENEFIT PLAN and SALESFORCE.COM HEALTH AND WELFARE PLAN,<br><br>Defendants. | Case 2:22-cv-01517-MJP<br><br>ORDER GRANTING EXTENSION OF DEADLINE FOR MOTION FOR ATTORNEYS' FEES |

The Parties have filed a stipulated motion to extend the deadline to file the motion for attorneys' fees, prejudgment interest, and costs from January 1, 2024 to January 8, 2024. (Dkt. No. 39.) Having reviewed the motion, the Court finds good cause for the request and GRANTS the motion. The deadline for Plaintiffs to file a motion for attorneys' fees, prejudgment interest, and costs is extended from January 1, 2024, to January 8, 2024.

DATED: December 19, 2023

*[signature]*

Marsha J. Pechman
United States Senior District Judge