THE HONORABLE MARSHA J. PECHMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OKSANA B., ALEXANDER B., and A.B., <br><br> Plaintiffs, <br><br> vs. <br><br> PREMERA BLUE CROSS, and the TABLEAU SOFTWARE, INC EMPLOYEE BENEFIT PLAN and SALESFORCE.COM HEALTH AND WELFARE PLAN, <br><br> Defendant. | Case No. 2:22-cv-01517-MJP <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE OPPOSITION TO PLAINTIFFS' RENEWED MOTION IN SUPPORT OF AN AWARD OF ATTORNEY FEES AND COSTS [DKT. 53]** |

Pursuant to the Stipulation,

**IT IS SO ORDERED.**

Defendants PREMERA BLUE CROSS, THE TABLEAU SOFTWARE, INC. EMPLOYEE BENEFIT PLAN, and SALESFORCE.COM HEALTH AND WELFARE PLAN shall file their OPPOSITION TO PLAINTIFFS' RENEWED MOTION IN SUPPORT OF AN AWARD OF ATTORNEY FEES AND COSTS [DKT. 53] by Friday, Augus 15, 2025.

\\

\\

\\

[PROPOSED] ORDER GRANTING STIP MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE OPPOSITION TO PLAINTIFFS' RENEWED MOTION IN SUPPORT OF AN AWARD OF ATTORNEY FEES AND COSTS [DKT. 53] - 1
Case No.: 2:22-cv-01517-MJP

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

1  DATED this 3rd day of July, 2025.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

[PROPOSED] ORDER GRANTING STIP MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE OPPOSITION TO PLAINTIFFS' RENEWED MOTION IN SUPPORT OF AN AWARD OF ATTORNEY FEES AND COSTS [DKT. 53] - 2
Case No.: 2:22-cv-01517-MJP

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946