UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OKSANA B., et al., | CASE NO. C22-1517 MJP |
| Plaintiffs, | ORDER ON REMAND |
| v. | |
| PREMERA BLUE CROSS, et al., | |
| Defendants. | |

The Court issues this Order in light of the Ninth Circuit's Memorandum (Dkt. No. 52), which reversed in part, affirmed in part, and vacated in part the Court's decision, and remanded the matter for further consideration. The Ninth Circuit agreed with this Court that Premera violated ERISA in denying the Catalyst claim, but directed the Court to remand the Catalyst claim to Premera for reconsideration in the first instance. (Mem. at 5.) Given that the mandate has now issued (Dkt. No. 56), the Court REMANDS the denial of the Catalyst claim to Premera for reconsideration.

The Ninth Circuit also vacated the award of attorneys' fees and remanded the fee request for renewed consideration by this Court. The Parties have now commenced the process of re-briefing the fee request, which the Court will review and consider once the renewed motion is ripe.

Finally, the Parties are directed to file a joint status report with the Court to update it on the status of Premera's reconsideration of the Catalyst claim within 90 days of entry of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 21, 2025.

Marsha J. Pechman
United States Senior District Judge

ORDER ON REMAND - 2